# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LOUIS EDWARD BETHLEY, JR.

NO. 2024 KW 0644

**OCTOBER 7, 2024**

---

In Re:   Louis Edward Bethley, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-14-0658.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT